**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: FEINBERG, JOEL DAVID                  § Case No. 18-00574
                                             §
                                             §
                                             §
            Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/09/2018. The undersigned trustee was appointed on 01/09/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $         12,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 45.60 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $     11,954.40 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 05/23/2018 and the deadline for filing governmental claims was 07/08/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,950.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $1,950.00, for a total compensation of $1,950.00$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $6.24 for total expenses of $6.24$^2$.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/13/2018          By: /s/ Richard M. Fogel
                                                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

    $^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 18-00574 | Trustee Name: | (330720) Richard M. Fogel |
| Case Name: | FEINBERG, JOEL DAVID | Date Filed (f) or Converted (c): | 01/09/2018 (f) |
| | | § 341(a) Meeting Date: | 02/13/2018 |
| For Period Ending: | 07/13/2018 | Claims Bar Date: | 05/23/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>2011 Ford Explorer, 80,000 miles- NO EQUITY | 21,998.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS<br>Couch, dining room table & chairs, queen bed, dressers and children's bunk bed- EXEMPT | 500.00 | 0.00 | | 0.00 | FA |
| 3 | ELECTRONICS<br>TVs, Apple Mac-Book, laser printer and Canon camera- INCONSEQUENTIAL VALUE | 400.00 | 400.00 | | 0.00 | FA |
| 4 | EQUIPMENT FOR SPORTS AND HOBBIES<br>2007 Colnago Bike, 2012 Colnago Bike and 2015 Cervelo Bike- INCONSEQUENTIAL VALUE | 2,500.00 | 900.00 | | 0.00 | FA |
| 5 | CLOTHES<br>Everyday clothes, shoes and accessories- EXEMPT | 500.00 | 0.00 | | 0.00 | FA |
| 6 | CASH<br>Cash on hand- EXEMPT | 100.00 | 0.00 | | 0.00 | FA |
| 7 | DEPOSITS OF MONEY<br>Checking: Chase Bank (#8066) (Joint)- INCONSEQUENTIAL VALUE | 0.47 | 0.47 | | 0.00 | FA |
| 8 | DEPOSITS OF MONEY<br>Checking: Chase Bank (#9213)- INCONSEQUENTIAL VALUE | 3,280.00 | 280.00 | | 0.00 | FA |
| 9 | INTEREST IN INSURANCE POLICIES<br>Lincoln Financial term policy- NO CSV | 0.00 | 0.00 | | 0.00 | FA |
| 10 | INTEREST IN INSURANCE POLICIES<br>Lincoln Financial universal life policy- Trustee was authorized to sell policy to debtor per o/c 3-21-18 | 15,000.00 | 15,000.00 | | 12,000.00 | FA |
| 11 | NON PUBLICLY TRADED STOCK<br>Running Man Sports, LLC- 100% ownership- INCONSEQUENTIAL VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$44,278.47** | **$16,580.47** | | **$12,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/18- Trustee was authorized to sell life insurance policy with non-exempt cash surrender value to debtor. Bar dates for filing claims are May 23 and July 9, 2018.

**Initial Projected Date Of Final Report (TFR):**  09/28/2018          **Current Projected Date Of Final Report (TFR):**  09/28/2018

**Form 2**

Exhibit B

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 18-00574 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | FEINBERG, JOEL DAVID | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8340 | Account #: | ******2500 Checking |
| For Period Ending: | 07/13/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/13/18 | {10} | Joel D Feinberg | Proceeds of sale per o/c 3-21-18 | 1129-000 | 12,000.00 | | 12,000.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 11,990.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.96 | 11,971.04 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.64 | 11,954.40 |
| | | **COLUMN TOTALS** | | | 12,000.00 | 45.60 | $11,954.40 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 12,000.00 | 45.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $12,000.00 | $45.60 | |

*{ } Asset Reference(s)*   UST Form 101-7-TFR (5/1/2011)   *! - transaction has not been cleared*

**Form 2**

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 18-00574 | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | FEINBERG, JOEL DAVID | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***8340 | **Account #:** | ******2500 Checking | |
| **For Period Ending:** | 07/13/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2500 Checking | $12,000.00 | $45.60 | $11,954.40 |
| | **$12,000.00** | **$45.60** | **$11,954.40** |

# Exhibit C

## Exhibit C

**Case: 18-00574**  **JOEL DAVID FEINBERG**

Claims Bar Date: 05/23/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Ally Bank<br>PO Box 130424<br>Roseville, MN 55113-0004<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100<br><br>Trustee did not administer creditor's collateral | Secured<br>04/02/18 | | $23,236.65<br>$0.00 | $0.00 | $0.00 |
| FEE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>07/13/18 | | $1,950.00<br>$1,950.00 | $0.00 | $1,950.00 |
| TE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>07/13/18 | | $6.24<br>$6.24 | $0.00 | $6.24 |
| 2P | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>03/05/18 | | $4,338.73<br>$4,338.73 | $0.00 | $4,338.73 |
| 8P | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>05/03/18 | | $12,263.54<br>$12,263.54 | $0.00 | $12,263.54 |
| 1 | Mizuno USA Inc<br> c/o Cindy Bobbitt<br>4925 Avalon Ridge Parkway<br>Norcross, GA 30071<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/22/18 | | $6,159.67<br>$6,159.67 | $0.00 | $6,159.67 |

y

Page: 2

## Exhibit C

## Exhibit C

**Case: 18-00574**　　　　　　　　　　　**JOEL DAVID FEINBERG**

Claims Bar Date: 05/23/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2U | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/05/18 | | $234.03<br>$234.03 | $0.00 | $234.03 |
| 3 | Quality Bicycle Products Inc<br>6400 W 105th St<br>Bloomington, MN 55438<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/07/18 | | $1,149.89<br>$1,149.89 | $0.00 | $1,149.89 |
| 5 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/17/18 | | $25,071.42<br>$25,071.42 | $0.00 | $25,071.42 |
| 6 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/19/18 | | $32,577.06<br>$32,577.06 | $0.00 | $32,577.06 |
| 7 | Medi USA LP<br>6481 Franz Warner Parkway<br>Whitsett, NC 27377-3000<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/27/18 | | $693.00<br>$693.00 | $0.00 | $693.00 |
| 8U | Illinois Department of Revenue Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/03/18 | | $2,009.60<br>$2,009.60 | $0.00 | $2,009.60 |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Exhibit C

**Case: 18-00574**                            **JOEL DAVID FEINBERG**

Claims Bar Date: 05/23/18

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 9 | Medi USA LP<br>6481 Franz Wamer Parkway<br>Whitsett, NC 27377-3000<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Duplicate of claim #7 | Unsecured<br>05/14/18 | | $693.00<br>$0.00 | $0.00 | $0.00 |
| 10 | Synchrony Bank<br> c/o PRA Receivables Management, LLC<br>PO Box 41031<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/16/18 | | $2,126.88<br>$2,126.88 | $0.00 | $2,126.88 |
| 11 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41031<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/16/18 | | $555.73<br>$555.73 | $0.00 | $555.73 |
| | | | **Case Total:** | | **$0.00** | **$89,135.79** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 18-00574
Case Name: JOEL DAVID FEINBERG
Trustee Name: Richard M. Fogel

**Balance on hand:**   $             11,954.40

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Ally Bank | 23,236.65 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $         0.00
Remaining balance:   $    11,954.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 1,950.00 | 0.00 | 1,950.00 |
| Trustee, Expenses - Richard M. Fogel | 6.24 | 0.00 | 6.24 |

Total to be paid for chapter 7 administrative expenses:   $    1,956.24
Remaining balance:   $    9,998.16

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $    9,998.16

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,602.27 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 4,338.73 | 0.00 | 2,612.85 |
| 8P | Illinois Department of Revenue | 12,263.54 | 0.00 | 7,385.31 |

**UST Form 101-7-TFR(5/1/2011)**

|  | Total to be paid for priority claims: | $ | 9,998.16 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $70,577.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Mizuno USA Inc | 6,159.67 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 234.03 | 0.00 | 0.00 |
| 3 | Quality Bicycle Products Inc | 1,149.89 | 0.00 | 0.00 |
| 5 | American Express National Bank | 25,071.42 | 0.00 | 0.00 |
| 6 | American Express National Bank | 32,577.06 | 0.00 | 0.00 |
| 7 | Medi USA LP | 693.00 | 0.00 | 0.00 |
| 8U | Illinois Department of Revenue Bankruptcy Section | 2,009.60 | 0.00 | 0.00 |
| 9 | Medi USA LP | 0.00 | 0.00 | 0.00 |
| 10 | Synchrony Bank | 2,126.88 | 0.00 | 0.00 |
| 11 | Synchrony Bank | 555.73 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**