**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Joel David Feinberg, | ) | Case No. 18-00574 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

**CERTIFICATE OF SERVICE**

Richard M. Fogel, an attorney, state that on July 26, 2018, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

Richard M. Fogel (#3127114)
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, IL 60654
312.276.1334

250001\00000\58467056.v2

## Mailing Information for Case 17-27348

- Patrick S Layng — [USTPRegion11.ES.ECF@usdoj.gov](mailto:USTPRegion11.ES.ECF@usdoj.gov)
- August A. Pilati — apilati@aapltdlaw.com

**Manual Notice List (Via U.S. Mail)**

Joel David Feinberg
1350 W. Fullerton #502
Chicago, IL 60614

Ally Bank
P.O. Box 130424
Roseville, MN 55113-0004

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 19035
Springfield, IL 62794-9035

Mizuno USA Inc.
c/o Cindy Bobbit
4925 Avalon Ridge Parkway
Norcross, GA 30071

Quality Bicycle Products Inc.
6400 W 105th St.
Bloomington, MN 55438

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Medi USA LP
6481 Franz Warner Parkway
Whitesett, NC 27377-3000

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41031
Norfolk, VA 23541