**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: FEINBERG, JOEL DAVID § Case No. 18-00574
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $29,278.47 | Assets Exempt: | $7,100.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $9,998.16 | Claims Discharged Without Payment: | $70,577.28 |
| Total Expenses of Administration: | $2,001.84 | | |

3) Total gross receipts of $12,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $23,133.00 | $23,236.65 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,001.84 | $2,001.84 | $2,001.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $18,385.08 | $16,602.27 | $16,602.27 | $9,998.16 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $66,421.57 | $71,270.28 | $70,577.28 | $0.00 |
| **TOTAL DISBURSEMENTS** | $107,939.65 | $113,111.04 | $89,181.39 | $12,000.00 |

4) This case was originally filed under chapter 7 on 01/09/2018.  The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/04/2018        By: /s/ Richard M. Fogel
                                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INTEREST IN INSURANCE POLICIES | 1129-000 | $12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Ally Bank | 4210-000 | $23,133.00 | $23,236.65 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$23,133.00** | **$23,236.65** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $1,950.00 | $1,950.00 | $1,950.00 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $6.24 | $6.24 | $6.24 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $45.60 | $45.60 | $45.60 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $2,001.84 | $2,001.84 | $2,001.84 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | $4,238.08 | $4,338.73 | $4,338.73 | $2,612.85 |
| 8P | Illinois Department of Revenue | 5800-000 | $14,147.00 | $12,263.54 | $12,263.54 | $7,385.31 |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $18,385.08 | $16,602.27 | $16,602.27 | $9,998.16 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Mizuno USA Inc | 7100-000 | $6,159.67 | $6,159.67 | $6,159.67 | $0.00 |
| 2U | Internal Revenue Service | 7100-000 | NA | $234.03 | $234.03 | $0.00 |
| 3 | Quality Bicycle Products Inc | 7100-000 | $1,075.01 | $1,149.89 | $1,149.89 | $0.00 |
| 5 | American Express National Bank | 7100-000 | $24,706.50 | $25,071.42 | $25,071.42 | $0.00 |
| 6 | American Express National Bank | 7100-000 | $31,094.39 | $32,577.06 | $32,577.06 | $0.00 |
| 7 | Medi USA LP | 7100-000 | $693.00 | $693.00 | $693.00 | $0.00 |
| 8U | Illinois Department of Revenue Bankruptcy Section | 7100-000 | NA | $2,009.60 | $2,009.60 | $0.00 |
| 9 | Medi USA LP | 7100-000 | $693.00 | $693.00 | $0.00 | $0.00 |
| 10 | Synchrony Bank | 7100-000 | $2,000.00 | $2,126.88 | $2,126.88 | $0.00 |
| 11 | Synchrony Bank | 7100-000 | NA | $555.73 | $555.73 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$66,421.57** | **$71,270.28** | **$70,577.28** | **$0.00** |

Form 1

# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 18-00574 | Trustee Name: | (330720) Richard M. Fogel |
| Case Name: | FEINBERG, JOEL DAVID | Date Filed (f) or Converted (c): | 01/09/2018 (f) |
|  |  | § 341(a) Meeting Date: | 02/13/2018 |
| For Period Ending: | 10/04/2018 | Claims Bar Date: | 05/23/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br>2011 Ford Explorer, 80,000 miles- NO EQUITY | 21,998.00 | 0.00 |  | 0.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS<br>Couch, dining room table & chairs, queen bed, dressers and children's bunk bed- EXEMPT | 500.00 | 0.00 |  | 0.00 | FA |
| 3 | ELECTRONICS<br>TVs, Apple Mac-Book, laser printer and Canon camera- INCONSEQUENTIAL VALUE | 400.00 | 400.00 |  | 0.00 | FA |
| 4 | EQUIPMENT FOR SPORTS AND HOBBIES<br>2007 Colnago Bike, 2012 Colnago Bike and 2015 Cervelo Bike- INCONSEQUENTIAL VALUE | 2,500.00 | 900.00 |  | 0.00 | FA |
| 5 | CLOTHES<br>Everyday clothes, shoes and accessories- EXEMPT | 500.00 | 0.00 |  | 0.00 | FA |
| 6 | CASH<br>Cash on hand- EXEMPT | 100.00 | 0.00 |  | 0.00 | FA |
| 7 | DEPOSITS OF MONEY<br>Checking: Chase Bank (#8066) (Joint)- INCONSEQUENTIAL VALUE | 0.47 | 0.47 |  | 0.00 | FA |
| 8 | DEPOSITS OF MONEY<br>Checking: Chase Bank (#9213)- INCONSEQUENTIAL VALUE | 3,280.00 | 280.00 |  | 0.00 | FA |
| 9 | INTEREST IN INSURANCE POLICIES<br>Lincoln Financial term policy- NO CSV | 0.00 | 0.00 |  | 0.00 | FA |
| 10 | INTEREST IN INSURANCE POLICIES<br>Lincoln Financial universal life policy- Trustee was authorized to sell policy to debtor per o/c 3-21-18 | 15,000.00 | 15,000.00 |  | 12,000.00 | FA |
| 11 | NON PUBLICLY TRADED STOCK<br>Running Man Sports, LLC- 100% ownership- INCONSEQUENTIAL VALUE | 0.00 | 0.00 |  | 0.00 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$44,278.47** | **$16,580.47** |  | **$12,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/18- Trustee was authorized to sell life insurance policy with non-exempt cash surrender value to debtor. Bar dates for filing claims are May 23 and July 9, 2018.

**Initial Projected Date Of Final Report (TFR):** 09/28/2018     **Current Projected Date Of Final Report (TFR):** 07/26/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 18-00574 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | FEINBERG, JOEL DAVID | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8340 | Account #: | ******2500 Checking |
| For Period Ending: | 10/04/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/13/18 | {10} | Joel D Feinberg | Proceeds of sale per o/c 3-21-18 | 1129-000 | 12,000.00 | | 12,000.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 11,990.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.96 | 11,971.04 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.64 | 11,954.40 |
| 08/21/18 | 101 | Richard M. Fogel | Combined trustee compensation & expense dividend payments. | | | 1,956.24 | 9,998.16 |
| | | | Claims Distribution - Fri, 07-13-2018     $1,950.00 | 2100-000 | | | 9,998.16 |
| | | | Claims Distribution - Fri, 07-13-2018     $6.24 | 2200-000 | | | 9,998.16 |
| 08/21/18 | 102 | Internal Revenue Service | Distribution payment - Dividend paid at 60.22% of $4,338.73; Claim # 2P; Filed: $4,338.73 | 5800-000 | | 2,612.85 | 7,385.31 |
| 08/21/18 | 103 | Illinois Department of Revenue | Distribution payment - Dividend paid at 60.22% of $12,263.54; Claim # 8P; Filed: $12,263.54 | 5800-000 | | 7,385.31 | 0.00 |
| | | **COLUMN TOTALS** | | | **12,000.00** | **12,000.00** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **12,000.00** | **12,000.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$12,000.00** | **$12,000.00** | |

*{ } Asset Reference(s)*      UST Form 101-7-TDR ( 10 /1/2010)      *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 18-00574 | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | FEINBERG, JOEL DAVID | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***8340 | **Account #:** | ******2500 Checking | |
| **For Period Ending:** | 10/04/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2500 Checking | $12,000.00 | $12,000.00 | $0.00 |
| | **$12,000.00** | **$12,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)